UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Edward Alan Lipp,

Plaintiff,

Civil 01-698 (RHK/JMM)

vs.

**DISQUALIFICATION AND ORDER FOR REASSIGNMENT**

FSP Machinery (Canada) Inc., Ferry Industries, Inc., FSP International, Inc.,

Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated April 16, 1997, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: June 1, 2001

RICHARD H. KYLE
United States District Judge

FILED JUN 01 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Pursuant to an Order of Disqualification, this case is reassigned to Judge Donovan W. Frank and Magistrate Judge Arthur J. Boylan.

Lipp vs. FSP Machinery (Canada) Inc., et al

NEW CASE NUMBER 01-698 DWF/AJB

Use this case number for all further filings.