UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Edward Alan Lipp,

Plaintiff,

v.

FSP Machinery (Canada) Inc.; Ferry Industries, Inc.; and FSP International, Inc.

Defendants.

Civile File No.: 01-698~~RHK/JMM~~ DWF/AJB

---

**VOLUNTARY STIPULATION OF DISMISSAL BY PLAINTIFF OF DEFENDANT FERRY INDUSTRIES, INC. ONLY**

---

Plaintiff above-named, through his undersigned counsel, and Defendant Ferry Industries, Inc., through its undersigned counsel, herein stipulate and agree that above-captioned matter against Defendant Ferry Industries, Inc. only may be and is hereby dismissed, without prejudice, not on the merits, but without costs or disbursements to any party. Defendant Ferry Industries, Inc. and Defendant FSP Machinery (Canada) Inc., through their respective undersigned counsel, also herein stipulate and agree to the dismissal of the cross claim of Defendant Ferry Industries, Inc. against Defendant FSP Machinery (Canada) Inc., without prejudice, not on the merits, but without costs and disbursements to any party. It is further stipulated and agreed that Defendant Ferry Industries, Inc., without further notice, may apply to this Court on this Stipulation alone for an Order directing that a Judgment of Dismissal without Prejudice be entered accordingly.

Dated:

**Fabyanske, Westra & Hart**

Kyle E. Hart #159025
Attorneys for Plaintiff
Edward Alan Lipp
920 Second Avenue South, #1100
Minneapolis, MN 55402
(612) 338-0115

JUN 08 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

Dated:

**Flynn & Gaskins, L.L.P.**

Randall J. Pattee, #184962
Christopher M. Kaisershot #268665
Attorneys for Defendant
FSP International, Inc.
333 South Seventh Street
2900 Metropolitan Centre
Minneapolis, MN 55402
(612) 333-9500

Dated: May 23, 2001

**Robins, Kaplan, Miller & Ciresi**

Annamarie Daley #158112
Attorney for FSP Machinery (Canada) Inc.
800 LaSalle Avenue, #2800
Minneapolis, MN 55402-2015
(612) 349-8500

Dated: 5/23/2001

**Susan D. Thurmer & Associates, P.A.**

Susan D. Thurmer, #122543
Attorneys for Defendant
Ferry Industries, Inc.
11708 Wayzata Blvd.
Minnetonka, MN 55305

ORDER

Upon the foregoing Stipulation, IT IS HEREBY ORDERED that the Clerk of Court shall dismiss only the above-entitled action against Defendant Ferry Industries, Inc., and the cross claim of Defendant Ferry Industries, Inc. against Defendant FSP Machinery (Canada), without prejudice, not on the merits, and without costs or disbursements to any party.

Dated: June 7, 2001

DONOVAN W. FRANK
Judge, United States District Court